UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN F. ROBINSON, | Case No. 22-10751 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| BRIAN FARLIN, *et al.*, | Elizabeth A. Stafford |
| | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S JULY 14, 2023**
<u>**REPORT AND RECOMMENDATION (ECF No. 50)**</u>

Currently before the Court is Magistrate Judge Stafford's July 14, 2023 Report and Recommendation. (ECF No. 50). Magistrate Judge Stafford recommends that this matter be dismissed for failure to state a claim on which relief may be granted, based on the application of *Heck v. Humphrey*, 512 U.S. 477 (1994). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court

1

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 50) and **DISMISSES** the complaint with prejudice.

The Court notes that Magistrate Judge Stafford previously issued two Reports and Recommendations regarding Plaintiff's motion for the release of his vehicle (ECF Nos. 36 and 46).  Those Reports and Recommendations and all pending motions are **TERMINATED** as moot (ECF Nos. 29, 36, 43, 46), given the court's dismissal of this lawsuit in its entirety.

    **SO ORDERED**.

Date: August 3, 2023                                <u>s/F. Kay Behm</u>
                                                          F. Kay Behm
                                                          United States District Judge